ELIJAH ANDERSON, APPELLANT, v. CLYDE E. FREE-
HAFER AND JOHN HENDLER, TRADING AS FREE-
HAFER-HENDLER CHEVROLET COMPANY, RESPOND-
ENTS.

Submitted May 27, 1927—Decided October 17, 1927.

For the appellant, *Robert Peacock*.

For the respondents, *Wells & Tomlinson*.

PER CURIAM.

The printed case presented by appellant on this appeal
is radically defective. It contains no record of any judg-
ment. It presents seven reasons, couched in general terms,
in the form of a pleading pertinent to a rule to show cause
in a court of first instance why a verdict should not be set
aside, but wholly irregular and improper in a case on appeal,
which requires grounds for reversal to be explicitly stated.

Disregarding the form of pleading, we find, however, that
none of the reasons presented sets out with sufficient dis-
tinctness in what particular respect the trial judge erred in
any of his rulings, and, hence, will not be considered.

The appeal is dismissed and judgment affirmed, with costs.